LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for Secured Creditor Centennial Medical Imaging LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 17-15966-ABL |
| DEVRA HANEY-WILLIAMS, | Chapter 13 Case |
| Debtor. | **STIPULATION BETWEEN DEBTOR AND CENTENNIAL MEDICAL IMAGING, LLC REGARDING PROOF OF CLAIM NO. 17** |
| | (NO HEARING REQUIRED) |

Secured creditor Centennial Medical Imaging, LLC ("CMI"), by and through its counsel, Cecilia Lee, Esq. and Elizabeth High, Esq., LEE HIGH, LTD., and Debtor Devra Haney-Williams ("Debtor"), by and through her counsel, Rodney K. Okano, Esq., Law Office of Rodney K. Okano, hereby stipulate as follows:

1. Centennial Medical Imaging, LLC's proof of claim in the total amount of $11,895.00 (Claim #17) is allowed;

2. CMI's claim will be bifurcated as follows: $6,447.77 will be treated as an allowed secured claim and $5,447.23 will be treated as an allowed general unsecured claim;

3. The Debtor will file an amended Chapter 13 Plan consistent with the above terms to pay CMI's secured claim with monies currently being held by the Chapter 13 Trustee. CMI's unsecured claim shall be paid *pro rata* with other allowed general unsecured claims; and

4.  CMI shall withdraw its <u>Countermotion to Allow Late Filed Claim</u>, Docket No. 125, and vacate the hearing scheduled on June 24, 2020 at 9:30 a.m.

DATED this 10th day of June, 2020.

| LEE HIGH, LTD. | Law Office of Rodney K. Okano |
|---|---|
| /s/ Elizabeth High, Esq. | |
| ELIZABETH HIGH, ESQ. | RODNEY K. OKANO |
| Counsel for Centennial Medical Imaging LLC | Counsel for Debtor Devra Haney-Williams |